IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER KOSACHUK, | : |
| Plaintiff, | : |
| v. | : Misc. No. 21-520-CFC |
| 9197-5904 QUEBEC, INC., | : |
| Defendant. | : |

**ORDER**

At Wilmington this 29th day of December, 2022, having considered Plaintiff's motion to register as ECF filing user in this Court (D.I. 3), and having reviewed this case;

IT IS ORDERED that Plaintiff's motion to register as ECF filing user in this Court is **GRANTED**.  (D.I. 3).

IT IS FURTHER ORDERED that, on or before January 20, 2023, Plaintiff shall show cause why this case should not be dismissed in light of the active litigation of an identical case in the United States District Court for the Eastern District of Pennsylvania. See *Kosachuk v. 9197-5904 Quebec, Inc.*, No. 2:18-mc-212 (E.D. Pa.).

_____
Chief Judge